USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARMEN RAMOS,

                Plaintiff,

                - against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.
-----------------------------------------------------------X

**ORDER**

19-CV-1718 (GBD) (JLC)

**JAMES L. COTT, United States Magistrate Judge**.

      On October 23, 2019, the Commissioner moved to dismiss the complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Dkt. No. 16. On December 5, 2019, Plaintiff filed an affidavit in opposition to the motion. Dkt. No. 21. Accordingly, the Commissioner is directed to submit his reply papers no later than **December 19, 2019**.

      **SO ORDERED.**

Dated: December 6, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed by chambers to the following:**
Carmen Ramos
105 Rockland Ave.
Apt. 5
Mamaroneck, NY 10543