UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMEN RAMOS,

                      Plaintiff,

     -against-                                        19 CIVIL 1718 (GBD)(JLC)

## JUDGMENT

KILOLO KIZAKAZI,
Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 30, 2022, Magistrate Judge Cott's Report and Recommendation is ADOPTED IN FULL. The Commissioner's motion to dismiss is GRANTED. Plaintiff's complaint is dismissed as untimely filed; accordingly, the case is closed.

**Dated:** New York, New York

        March 30, 2022

                                                              RUBY J. KRAJICK

                                                                Clerk of Court
                                  BY:

                                                                  Deputy Clerk